UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| **Stacey Sebastian,**<br><br>                    Plaintiff,<br><br>v.<br><br>**One Sweet World, LLC d/b/a Tempe Improv**,<br><br>                    Defendant. | Case No.<br><br>Complaint and Demand for Jury Trial |

## COMPLAINT

**Stacey Sebastian** (Plaintiff), by and through her attorneys, **Kimmel & Silverman, P.C.**, alleges the following against **One Sweet World, LLC d/b/a Tempe Improv** (Defendant):

### INTRODUCTION

1.      Plaintiff's Complaint is based on the Telephone Consumer Protection Act (TCPA), 47 U.S.C. §227 *et seq*.

### JURISDICTION AND VENUE

2.      This Court has subject-matter jurisdiction over this case under 28 U.S.C. §1331, which grants this court original jurisdiction of all civil actions arising under the laws of the United States, confirmed as applying to cases under the TCPA by <u>Mims v. Arrow Financial Services, LLC</u>, 565 U.S. 368 (2012).

3.      This Court has personal jurisdiction over Defendant because Defendant conducts business in the State of Arizona.

4.      Venue is proper under 28 U.S.C. § 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Cave Creek, Arizona 85331.

6. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

7. Defendant is a business entity with national headquarters, principal place of business, or otherwise valid mailing address located at 930 E. University Drive Tempe, Arizona 85281.

8. Defendant is a "person" as that term is defined by 47 U.S.C. § 153(39).

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers

## FACTUAL ALLEGATIONS

10. Plaintiff has a cellular telephone number.

11. Plaintiff has only used this phone number as a cellular telephone.

12. Defendant repeatedly called Plaintiff on her cellular telephone for solicitation purposes.

13. Defendant was contacting Plaintiff regarding tickets to a comedy show.

14. Defendant's calls were not made for "emergency purposes" rather the calls were made for solicitation purposes.

15. Plaintiff has been on the Do Not Call Registry since April 20, 2008.

16. Plaintiff never consented to calls from Defendant and has no business relationship with Defendant.

17. Defendant's incessant calls were bothersome, disruptive and frustrating for Plaintiff to endure.

## COUNT I
## DEFENDANT VIOLATED THE TCPA 47 U.S.C. § 227(C)

18. Plaintiff incorporates the forgoing paragraphs as though the same were set forth at length herein.

19. The TCPA prohibits any person or entity of initiating any telephone solicitation to a residential telephone subscriber who has registered his or her telephone number on the National Do-Not-Call Registry of persons who do not wish to receive telephone solicitations that is maintained by the Federal Government. 47 U.S.C. § 227(c).

20. Defendant contacted Plaintiff despite the fact that Plaintiff has been on the Do Not Call Registry since April 20, 2008.

21. Defendant called Plaintiff on two or more occasions during a single calendar year despite Plaintiff's registration on the Do Not Call list.

22. Defendant's acts as described above were done with malicious, intentional, willful, reckless, wanton and negligent disregard for Plaintiff's rights under the law and with the purpose of harassing Plaintiff.

23. The acts and/or omissions of Defendant were done unfairly, unlawfully, intentionally, deceptively and fraudulently and absent bona fide error, lawful right, legal defense, legal justification or legal excuse.

24. As a result of the above violations of the TCPA, Plaintiff has suffered the losses and damages as set forth above entitling Plaintiff to an award of statutory, actual and trebles damages.

WHEREFORE, Plaintiff, STACEY SEBASTIAN, respectfully prays for a judgment as follows:

    a. Statutory damages of $500.00 per violative telephone call (as provided under 47 U.S.C. § 227(C);

    b. Treble damages of $1,500.00 per violative telephone call (as provided under 47 U.S.C. § 227(C);

    c. Injunctive relief (as provided under 47 U.S.C. § 227(C); and

    d. Any other relief this Honorable Court deems appropriate.

## Demand for Jury Trial

**Please take notice** that Plaintiff, **STACEY SEBASTIAN**, demands a jury trial in this case.

Respectfully submitted,

Dated: October 27, 2020

By: *s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Facsimile: 877-788-2864
Email: aginsburg@creditlaw.com