UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

Stacey Sebastian,

                Plaintiff,

v.

One Sweet World LLC, d/b/a
Tempe Improv,

                Defendant.

Case No. 2:20-cv-02080

## MOTION FOR DEFAULT JUDGMENT

**Plaintiff, Stacey Sebastian** (Plaintiff), by and through her attorneys, **Kimmel & Silverman, P.C.**, files the instant motion for default judgment against Defendant One Sweet World, LLC d/b/a Tempe Improv ("Defendant") pursuant to Fed. R. Civ. P. 55(a).

### I. Statement of Material Facts

Plaintiff has been on the Do Not Call Registry since April 20, 2008. Plaintiff never consented to receive calls or texts from Defendant, yet Defendant sent five (5) text messages to Plaintiff and called her without consent three (3) times. Accordingly, Plaintiff filed suit under the Telephone Consumer Protection Act. (Doc. No. 1.)

On October 28, 2020, Plaintiff filed suit against Defendant alleging violation of the Telephone Consumer Protection Act. (Doc. No. 1.) On or around November 19, 2020, Defendant was served with a complaint and summons. (Doc. No. 7.) Because no answer was filed, Plaintiff moved for default on February 1, 2021. (Doc. No. 14.) Plaintiff now files for default judgment.

### II. ARGUMENT

A default is an admission of all well-pleaded allegations against the defaulting party. D.H. Blair & Co., Inc. v. Gottdiener, 462 F.3d 95, 107 (2d Cir. 2006) *(citation omitted).  In this case, because of Defendant's default, Plaintiff's allegations as set forth above are now established fact, entitling him to a judgment in their favor for Defendant's violations of the TCPA.*

Plaintiff has plead facts showing that the Defendant violated the TCPA. The TCPA authorizes "a person" to bring a private cause of action against callers who make "any call using an automatic telephone dialing system or prerecorded voice to any telephone number assigned to a...cellular telephone..." See 47 U.S.C.§227(b)(1)(A)(iii); Mims v. Arrow Fin. Servs., LLC, 132 S. Ct. 740, 744 (2012). As the TCPA is a strict liability statute, a Defendant is liable for making prohibited calls regardless of his intent. See e.g., Melrose Hotel Co. v. St. Paul Fire and Marine Ins. Co., 432 F.Supp.2d 488, 504 (E.D. Pa 2006).

Therefore, to prove a claim under the TCPA, Plaintiff need only show: (1) Defendants called a cellular telephone; (2) Plaintiff was the intended recipient of Defendants' calls or the primary user of the phone (the "called party"); and (3) an automatic telephone dialing system or prerecorded voice was used and/or the plaintiff was on the federal Do Not Call registry.  See 47 U.S.C.§§227(b)(1)(A)(iii)  and 227(c).

The TCPA provides for statutory damages of $500 to $1,500 per violative call. See 47 U.S.C. §227(b)(3)(B) and §227(b)(3)(C). Bridgeview Health Care Ct. Ltd. v. Clark, 2013 WL 1154206 at *7 (N.D.Ill. Mar. 19, 2013). Section 227(c) of the TCPA prohibits any person or entity of initiating any telephone solicitation to a residential telephone subscriber who has registered him or his telephone number on the National Do-Not-Call Registry of persons who do not wish to receive telephone solicitations that is maintained by the Federal Government. 47 U.S.C. § 227(c). Defendant contacted Plaintiff despite the fact that Plaintiff has been on the Do Not Call Registry

Plaintiff was on the Do Not Call registry and Defendant called three (3) times and texted five (5) times. The calls and texts were willful violations so Plaintiff asks for a default judgment in the amount of $12,000.00.

### III.   CONCLUSION

WHEREFORE, Plaintiff Stacey Sebastions eeks a default judgment against Default against Defendant One Sweet World, LLC d/b/a Tempe Imrpov in the amount of $12,000.00

                                                                             Respectfully submitted,

Dated: April 19, 2021                        By: *s/ Amy L. Bennecoff Ginsburg*
                                                                             Amy L. Bennecoff Ginsburg, Esq.
                                                                              Kimmel & Silverman, P.C.
                                                                              30 East Butler Pike
                                                                              Ambler, PA 19002
                                                                              Phone: 215-540-8888
                                                                              Facsimile: 877-788-2864
                                                                              Email: aginsburg@creditlaw.com

CERTIFICATE OF SERVICE

I, Amy L.B. Ginsburg hereby certify that on April 19, 2021, a true and correct copy of the foregoing was served via US mail to the following:

Tempe Improv
930 E. University Dr.
Tempe, AZ 85281

*/s/ Amy L.B. Ginsburg*